IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **KYCO SERVICES, LLC**, a Utah limited liability company,<br><br>                  Plaintiff,<br>v.<br><br>**CEDAR AND SAGE HOMES, LLC**, an Idaho limited liability company, and **Does 1–10**,<br><br>                  Defendants. | **JUDGMENT**<br><br>Case No. 2:21-CV-00415-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice, Plaintiff having failed to establish that the court possesses subject matter jurisdiction.

      DATED March 20, 2024.

                                      BY THE COURT

                                      _____<br>
                                      Jill N. Parrish<br>
                                      United States District Court Judge